OFFICE OF DISCIPLINARY COUNSEL *v.* SIMON.

[Cite as *Disciplinary Counsel v. Simon* (1994), 71 Ohio St.3d 437.]

(No. 94–1814—Submitted October 11, 1994—Decided December 30, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Frederick J. Simon, pro se.*

---

*Per Curiam.* On review, we agree with the board's finding of facts, conclusions of law, and recommendation. Accordingly, we publicly reprimand respondent and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. I would dismiss the case.